ALBERT DAMELIO *v.* ANACONDA, INC., ET AL.
(5922)

SPALLONE, STOUGHTON and FOTI, Js.

Argued May 17—decision released May 24, 1988

*Edward T. Dodd, Jr.,* for the appellant (plaintiff).

*Richard T. Stabnick,* for the appellees (defendants).

PER CURIAM. The plaintiff has attacked the factual findings of the workers' compensation commissioner as affirmed by the compensation review division. We cannot say that the factual findings are clearly erroneous in view of the evidence and the whole record, or that the decision was otherwise erroneous in law. Practice Book § 4061.

There is no error.